# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139060

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

SHAUN DAVID BARBARICH,
        Defendant-Appellee.

_____

SC: 139060
COA: 290772
Wayne CC: 08-012609-AR

## AMENDMENT TO ORDER

On order of the Court, the order of January 29, 2010 is amended to correct a clerical error by correcting the sentence after the text of the order to read:

"KELLY, C.J. and CAVANAGH, J., would deny leave to appeal."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2010

_____
Clerk